IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00390-CMA-BNB

JOHNN A. VIDMAR, JR.,

Plaintiff,

v.

OFFICER REX,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  IT IS HEREBY ORDERED that a preliminary Scheduling Conference is hereby set for **July 25, 2013**, **at 2:30 p.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado.  The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C. COLO. LR 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.  **Plaintiff and his case manager will contact the court at: (303) 844-6408 on the above date and time in order to participate.**

  IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

CASE MANAGER FOR
JOHNN A. VIDMAR, JR #095761
JEFFERSON COUNTY DETENTION FACILITY
P. O. BOX 16700
GOLDEN, CO 80402-6700


DATED:  June 4, 2013