IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00390-CMA-BNB

JOHNN A. VIDMAR, JR.,

Plaintiff,

v.

OFFICER REX,

Defendant.

_____

# ORDER
_____

This matter arises on the plaintiff's **Motions** [sic] **for Pro Bono Councel's** [sic] **Time Line** [Doc. #37, filed 10/24/2013] (the "Motion"). The Motion is STRICKEN.

On September 25, 2013, I ordered the plaintiff to serve all papers on counsel for the defendants in accordance with Rule 5, Fed. R. Civ. P., and to file a proper Certificate of Service. Although the plaintiff includes a Certificate of Service with the Motion, he does not certify that he served the motion on counsel for the defendant.

IT IS ORDERED:

(1) The Motion is STRICKEN;

(2) All papers shall be served on counsel for the defendants in accordance with Rule 5 and shall be accompanied by a proper Certificate of Service; and

(3) Failure to comply with my orders may result in sanctions, including dismissal of this case.

Dated November 6, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge