IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00390-CMA-BNB

JOHNN A. VIDMAR, JR.,

Plaintiff,

v.

OFFICER REX,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order** [docket no. 54, filed January 24, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
      The parties shall designate all experts and provide opposing
      counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
      on or before **March 3, 2014**;
      The parties shall designate all rebuttal experts and provide
      opposing counsel with all information specified in Fed. R. Civ. P.
      26(a)(2) on or before **March 28, 2014**;

| | |
|---|---|
| Initial Disclosures: | **January 31, 2014**; |
| Deadline for Amendment of Pleadings: | **February 24, 2014**; |
| Discovery Cut-off: | **March 28, 2014**; |
| Dispositive Motions deadline: | **April 25, 2014.** |

IT IS FURTHER ORDERED that per my previous Order [50], the Pretrial Conference set for May 1, 2014, is **vacated and reset to July 9, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **July 2, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED:  January 27, 2014