IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00390-CMA-BNB

JOHNN A. VIDMAR, JR.,

Plaintiff,

v.

OFFICER REX,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Second Motion to Modify Scheduling Order** [docket no. 59, filed March 3, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
 The parties shall designate all experts and provide opposing
 counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
 on or before **March 24, 2014**;
 The parties shall designate all rebuttal experts and provide
 opposing counsel with all information specified in Fed. R. Civ. P.
 26(a)(2) on or before **April 18, 2014**;

Discovery Cut-off:              **April 25, 2014**;
Dispositive Motions deadline:   **May 16, 2014.**

DATED:  March 5, 2014